Bijan Karimian
240 E. 76th Street, #6R
New York, NY 10021
917-776-8250



March 25, 2011

By Certified Mail:
Hon. James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 18D
New York, NY 10007-1312

Re: **Tracey S. Bernstein's Motion to Withdraw as Counsel**
Karimian v. Time Equities, Inc., et al.: 10 cv 3773 (AKH)

Dear Judge Francis:

I have received Mr. Bernstein's motion to withdraw as counsel. I object to his withdrawal. I wish to present my reasons for objecting in person or in writing as you prefer. As I did not see specific procedural guidelines in your Individual Rules with respect to this matter, I will check in with you late next week for any instructions that you wish for me to follow in presenting my reasons for objecting.

Sincerely,

Bijan Karimian

*[Handwritten order: 3/28/11 Plaintiff shall submit any objections in writing by April 8, 2011. SO ORDERED. James C. Francis IV USMJ]*

cc: Tracey S. Bernstein (via Certified Mail and e-mail)