**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/11
```

Bijan Karimian
240 E. 76th Street, #6R
New York, NY 10021
917-776-8250

April 6, 2011

By Fax: 212-805-7930
Hon. James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 18D
New York, NY 10007-1312

Re: Request to Extend Deadline to Respond to Attorney's Motion to Withdrawal
Karimian v. Time Equities, Inc., et al.: 10 cv 3773 (AKH)

Dear Judge Francis:

I am the plaintiff in the above case. Due to recent unexpected events and other pre-existing demands, I am writing to request permission to extend my deadline to respond to Tracey S. Bernstein's Motion from April 8, 2011 to April 13. The few additional days will give me sufficient time to respond in a manner I believe this issue deserves.

Sincerely,

Bijan Karimian

4/7/11
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

cc: Tracey S. Bernstein (via e-mail)
Defense counsel, Marjorie D. Kaye, Jr., Jackson Lewis (via e-mail)