JACKSON LEWIS LLP
666 Third Avenue
New York, New York 10017
(212) 545-4000
Attorneys of record:
    Marjorie Kaye, Jr. (MK 7141)
    Gena Usenheimer (GU 4969)
ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIJAN KARIMIAN,<br><br>                Plaintiff,<br>v.<br><br>TIME EQUITIES, INC., FRANCIS GREENBURGER, ROBERT KANTOR, HYMAN SCHERMER,<br><br>                Defendants. | Case No. 10-CV-3773 (AKH)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon Defendants Time Equities, Inc., Francis Greenburger, Robert Kantor and Hyman Schermer (hereinafter "Defendants") Memorandum of Law, Defendants' Rule 56.1 Statement, the Declarations of Marjorie Kaye, Jr., Esq., Francis Greenburger, Robert Kantor, Richard Recny and Bruce Feder, and upon the exhibits attached thereto, and upon all pleadings in this action, Defendants will move this Court before the Honorable Judge Alvin K. Hellerstein at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to rule 56 of the Federal Rules of Civil Procedure dismissing Plaintiff's Amended Complaint in its entirety with prejudice, as well as for such other and further relief as this Court deems just and proper.

Pursuant to Judge Hellerstein's May 1, 2012 Order, Plaintiff's opposition papers, if any, to be served on or before July 10, 2012, and Defendant's reply papers, if any, are due on or before August 3, 2012.

Respectfully submitted,

JACKSON LEWIS, LLP
666 Third Avenue, 29th Floor
New York, New York 10017
Phone: 212-545-4000

Dated: May 31, 2012
New York, New York

By: _____
Marjorie Kaye, Jr. (MK 7141)
Gena Usenheimer (GU 4969)

ATTORNEYS FOR DEFENDANTS

4828-4825-8063, v. 1